1

2

3

4

5

6

JS-6

7

8

9

10

## UNITED STATES DISTRICT COURT
## FOR THE
## CENTRAL DISTRICT OF CALIFORNIA

11

12

**DENNIS P. MOYEDA,**

13

Plaintiff,

14

v.

15

**EXPERIAN INFORMATION SOLUTIONS, INC.,**

16

17

Defendant.

**Case No.:** 2:24-cv-10604-SVW-RAO

*HON. STEPHEN V. WILSON*
*HON. MAG. ROZELLA A. OLIVER*

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

18  ///

19  ///

20  ///

21  ///

22

23  ///

24  ///

25  ///

26

27

28

---

**ORDER OF DISMISSAL PURSUANT TO FRCP 41(A)(1)(A)(II)**

1

**ORDER OF DISMISSAL**

2     Pursuant to the Stipulation of the parties under FRCP 41(a)(1)(A)(ii), IT IS

3  ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH

4  PREJUDICE with respect to all Parties named herein, as to all claims and causes of

5  action with each party bearing that party's own attorneys' fees and costs. The Clerk

6  is directed to close the file.

7

8

9

10  _____

11  HON. STEPHEN V. WILSON

12  United States District Judge

13  Dated: _02/19/2025_____

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28